No. 73–1308.  WHITE v. UNITED STATES ET AL.  C. A. 5th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–1390.  DORNAU v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–1407.  YSRAEL v. GUAM FEDERATION OF TEACHERS, LOCAL 1581, AMERICAN FEDERATION OF TEACHERS, ET AL.  C. A. 9th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–1486.  SOTOMURA ET UX. v. COUNTY OF HAWAII ET AL.  Sup. Ct. Hawaii.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–1501.  BRAMBLETT v. DESOBRY ET AL.  C. A. 6th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–1512.  KRISTOVICH v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–1521.  LOSCHIAVO v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–1544.  WINGATE v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–1560.  MARION v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS would grant certiorari.